AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ELIE J. PIERRE AND MARIE D. PIERRE, on behalf of themselves and others similarly situated,

*Plaintiff(s)*

v.

JAMES E. ALBERTELLI PA D/B/A ALBERTELLI LAW, and
U.S. BANK TRUST NATIONAL ASSOCIATION,

*Defendant(s)*

Civil Action No. 0:21-cv-60830-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. BANK TRUST NATIONAL ASSOCIATION
300 Delaware Avenue, 9th floor
Wilmington, DE 1980

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander D. Kruzyk
Greenwald Davidson Radbil PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 19, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELIE J. PIERRE AND MARIE D. PIERRE, on behalf of themselves and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>JAMES E. ALBERTELLI PA D/B/A ALBERTELLI LAW, and<br>U.S. BANK TRUST NATIONAL ASSOCIATION,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 0:21-cv-60830-RAR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES E. ALBERTELLI, P.A.
c/o SMITH HULSEY & BUSEY, PROFESSIONAL ASSOC.
ONE INDEPENDENT DRIVE
SUITE 3300
JACKSONVILLE, FL 32202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander D. Kruzyk
Greenwald Davidson Radbil PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 19, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts